JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 17-03204 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JORGE GARCIA,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Jorge Garcia, individually and d/b/a La Morenita Oaxaquena, upon the Court's grant of summary judgment in favor of plaintiff. [Doc. No. 24.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Jorge Garcia, individually and d/b/a La Morenita Oaxaquena, shall pay the plaintiff, J & J Sports Productions, Inc., $5,500.00 in total damages. Pursuant to Local Rules 54-7 and 54-8 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: September 23, 2019

_____
William Keller
United States District Judge